FILED 24 FEB '16 14:41 USDC-ORP

Name, Address,
E-mail, & Phone

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Asa Carl Swindell
Michael Alan McVahle
Plaintiff(s),

v.

State of ORegon
Defendant(s).

Case No.: 3:16-CV-0341-SI

MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL

I, Michael A. McVahle, move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☒ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☒ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below):

went to BOLI, HUD, Tenants Rights of OR, Portland Tenants union, Legal Aid, Called at least 20 lawyers out of phone book.

I need appointed counsel to assist me because (describe below):

My co-litigant has been adjudicated incompetant. I have seizures and the sever cognitive impairment that come with those, but also have R.C.S. and have less sever disabilities as well. I am not capible of representing Mr Swindell.

Michael A McVahl                    Feb 23, 2016
Signature                            Date

Michael Alan McVahle
Printed Name

AFFIDAVIT IN SUPPORT OF
MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?** ☐ Yes ☒ No

    If you answered yes, where are you are incarcerated? _____

2. **Are you currently employed?** ☐ Yes ☒ No

    **If you are employed:**

    List your employer's name: _____

    List your employer's address: _____

    Amount of take-home pay: $_____ per _____ (hour, day, week, month)

    **If you are not employed:**

    Name your last employer: *Democracy Resources*

    Last employer's address: _____

    Date of last employment: *April 2014*

    Amount of take-home pay: $*9* per *hour* (hour, day, week, month)

3. **Is your spouse or significant-other employed?** ☐ Yes ☐ No ☒ Not Applicable

    Name of employer: _____

    Employer's address: _____

    Date of last employment: _____

    Amount of take-home pay: $_____ per _____ (hour, day, week, month)

4. **Have you received money from any of the following sources in the last 12 months?**

    - **Business, professions, or other self-employment:**

        ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
        ☒ No

    - **Rent payments, interest, or dividends:**

        ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
        ☒ No

- Pensions, annuities, or life insurance payments:

  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____

  ☒ No

- Disability or workers compensation payments:

  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____

  ☒ No

- Gifts or inheritances:

  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____

  ☒ No

- Any other sources:

  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____

  ☒ No

5. Do you have cash or savings accounts, including prison trust accounts?

   ☐ Yes   Total amount: $_____

   ☒ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?   ☐ Yes (describe below)   ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

7. Do you have any other assets?   ☐ Yes (describe below)   ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☐ Yes (describe below) ☒ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| | |
| | |
| | |
| | |
| | |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations? ☐ Yes (describe below) ☒ No

_Michael A McVahle_
Signature

_Michael Alan McVahle_
Printed Name

_Feb 23rd, 2016_
Date