# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **ASA CARL SWINDELL, et al.**<br>**Plaintiff(s),**<br><br>v.<br><br>**MULTNOMAH COUNTY COURTS, et al.**<br>**Defendant(s).** | Case No.: 3:16−cv−00341−SI<br><br><br>**ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR SPECIFIC PURPOSE** |

    The Court hereby grants Plaintiff Michael Alan McVahle's Motion to Appoint Counsel [3] and conditionally appoints Troy Garrett Sexton as counsel of record for the purpose of reviewing the claims and conferring with the plaintiff regarding the merits of the case..

    Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

    If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

    For more information regarding pro bono forms, procedures, reimbursement of costs, or obtaining a pro bono civil rights mentor attorney, please refer to the Pro Bono Program Procedures document located on the Court's website or contact the Pro Bono Panel Administrator.

**DATED** this 29th day of February, 2016    /s/Michael H. Simon

                                                                                  Honorable Michael H. Simon<br>
                                                                                  U.S. District Court Judge

Asa Carl Swindell

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**ASA CARL SWINDELL, et al.**  Case No.: 3:16–cv–00341–SI
**Plaintiff(s),**

v.  **PRO BONO APPOINTMENT RESPONSE FORM**

**MULTNOMAH COUNTY COURTS, et al.**
**Defendant(s).**

_____ /

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Michael Alan McVahle for the purpose of reviewing the claims and conferring with the plaintiff regarding the merits of the case. is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

**DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**ASA CARL SWINDELL, et al.**
**Plaintiff(s),**

v.

**MULTNOMAH COUNTY COURTS, et al.**
**Defendant(s).**

Case No.: 3:16–cv–00341–SI

**NOTICE OF COMPLETION OF PRO BONO APPOINTMENT (SPECIFIC APPOINTMENTS ONLY)**

_____ /

    As counsel of record appointed to represent Michael Alan McVahle under the Pro Bono Program for the United States District Court, District of Oregon, I hereby certify that:

    ☐ Representation of Michael Alan McVahle for the specific purpose of reviewing the claims and conferring with the plaintiff regarding the merits of the case. has been completed; therefore, my representation under the Pro Bono Program is concluded and termination of the appointment is requested; or

    ☐ I accept full representation of Michael Alan McVahle and will remain as counsel of record for the duration of the case.

    **DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.